## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DAVID OPPENHEIMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No.: |
| | : |
| SUPERSTAR TICKETS, INC., | :   COMPLAINT AND JURY |
| | :   DEMAND |
| Defendant. | : |
| | : |
| | : |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, DAVID OPPENHEIMER ("Oppenheimer" or "Plaintiff"), brings this complaint in the United States District Court for the Eastern District of Virginia against SUPERSTAR TICKETS, INC. ("Superstar" or "Defendant"), alleging as follows:

### PARTIES

1.  Plaintiff is an experienced live concert, travel, and aerial photographer with twenty-one (21) years experience in the field of commercial photography. A partial list of Plaintiff's clients includes: Rolling Stone, MSNBC, Fuse, MTV, and AOL. Plaintiff resides in Asheville, North Carolina.

2.  On information and belief, Defendant is a Corporation existing under the laws of the Commonwealth of Virginia, with headquarters in Arlington, Virginia. Defendant owns, operates, and is solely responsible for the content on its commercial website, www.superstar.com.

## JURISDICTION AND VENUE

3.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.  This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), in that the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

6.  This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7.  Plaintiff captured the photograph, "NASCAR_2_Bristol_OPP4093.jpg" ("Copyrighted Photograph") on March 17, 2013. [Exhibit 1]. Plaintiff captured Copyrighted Photograph using great technical skill and careful timing, as well as significant time and energy.

8.  Plaintiff registered Copyrighted Photograph with the United States Copyright Office on April 9, 2013 (Registration No.: VA 1-136-802). [Exhibit 2].

9.  On or about April 3, 2014, Plaintiff posted Copyrighted Photograph to www.performanceimpressions.com (Last visited August 1, 2019). [Exhibit 3].

10. Plaintiff embedded Copyright Photograph with extensive metadata, including a copyright notice and language warning against copying Copyright Photograph without license or permission from Plaintiff. [Exhibit 4].

11. Beginning on or about May 1, 2017, Defendant copied, uploaded, then posted Copyrighted

    Photograph, including Plaintiff's copyright notice, to Defendant's commercial website,

    www.superstar.com/media/performers/banners/Food_City_500.jpg (Last visited August 1,

    2019) [Exhibit 5].

12. Beginning on or about May 1, 2017, Defendant posted a cropped version of Copyrighted

    Photograph to the Defendant's commercial website, www.superstar.com (Last visited April

    1, 2019) [Exhibit 6].

13. Defendant used Copyrighted Photograph as a full-page banner image to advertise tickets for

    the NASCAR Sprint Cup Series: Food City 500 held at the Bristol Motor Speedway in

    Bristol, Tennessee. [Exhibit 6].

14. Defendant cropped out Plaintiff's clear and unambiguous name and copyright notice before

    posting Copyright Photograph to Defendant's commercial website, www.superstar.com.

    [Exhibit 6].

15. Defendant copied and used Copyrighted Photograph without license or permission from

    Plaintiff.

16. As of the date of this filing, despite numerous warnings by Plaintiff, Defendant has failed to

    remove the uncropped version of Copyrighted Photograph from Defendant's commercial

    website.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

17. Plaintiff incorporates herein by this reference each and every allegation contained in each

    paragraph above.

18. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive

    rights under United States copyright with respect to Copyrighted Photograph, which is the

subject of a valid and complete Certificate of Copyright Registration by the Register of Copyrights.

19. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

20. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial website, www.superstar.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

21. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

22. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

<u>COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202</u>

23. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendant's public and commercial website, www.superstar.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

24. As a result of Defendant's actions, Plaintiff is entitled to actual or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorney's fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: August 9, 2019

        ___/s/__*David C. Deal*_____
        David C. Deal (VA Bar No.: 86005)
        The Law Office of David C. Deal, P.L.C.
        P.O. Box 1042
        Crozet, VA 22932
        434-233-2727, Telephone
        david@daviddeal.com
        *Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VAu 1-136-802

**Effective date of registration:**
April 9, 2013

### Title
**Title of Work:** 2013 Events Photographed by David Gordon Oppenheimer

### Completion/Publication
**Year of Completion:** 2013

### Author
**Author:** David Gordon Oppenheimer

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1970

### Copyright claimant
**Copyright Claimant:** David Gordon Oppenheimer

P.O. Box 8105, Asheville, NC, 28814, United States

### Rights and Permissions
**Organization Name:** Performance Impressions LLC

**Name:** David Gordon Oppenheimer

**Email:** dave@performanceimpressions.com    **Telephone:** 828-273-9339

**Address:** P.O. Box 8105

Asheville, NC 28814  United States

### Certification
**Name:** David Gordon Oppenheimer

**Date:** April 9, 2013

Page 1 of 1

EXHIBIT 3





<u>EXHIBIT 4</u>

| File Name | Food_City_500.jpg |
|---|---|
| File Size | 3.3 MB |
| File Type | JPEG |
| File Type Extension | jpg |
| Mime Type | image/jpeg |
| Exif Byte Order | Little-endian (Intel, II) |
| Image Description | Bristol Motor Speedway during NASCAR Sprint Cup Food City 500 run by Bruton Smith's Speedway Motorsports Inc. on March 17, 2013 in Bristol, Tennessee - © 2013 David Oppenheimer - Performance Impressions Photography Archives - http://www.performanceimpressions.com |
| Make | NIKON CORPORATION |
| Model | NIKON D4 |
| Orientation | Horizontal (normal) |
| X Resolution | 240 |
| Y Resolution | 240 |
| Resolution Unit | inches |
| Software | Adobe Photoshop CS6 (Windows) |
| Modify Date | 2012:05:13 16:52:59 |
| Artist | David Oppenheimer |
| Copyright | © 2013 David Oppenheimer |
| Exposure Time | 1/800 |
| F Number | 9 |
| Exposure Program | Manual |
| Iso | 640 |
| Sensitivity Type | Recommended Exposure Index |
| Exif Version | 230 |
| Date Time Original | 2013:03:17 15:26:23 |
| Create Date | 2013:03:17 15:26:23 |
| Shutter Speed Value | 1/800 |
| Aperture Value | 9 |
| Exposure Compensation | 0 |
| Max Aperture Value | 2.8 |
| Metering Mode | Center-weighted average |
| Light Source | Unknown |
| Flash | No Flash |
| Focal Length | 14.0 mm |
| Sub Sec Time Original | 50 |
| Sub Sec Time Digitized | 50 |
| Color Space | Uncalibrated |
| Exif Image Width | 2500 |
| Exif Image Height | 1673 |
| Sensing Method | One-chip color area |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| Cfa Pattern | [Red,Green][Green,Blue] |
| Custom Rendered | Normal |
| Exposure Mode | Manual |
| White Balance | Auto |
| Digital Zoom Ratio | 1 |
| Focal Length In35Mm Format | 14 mm |
| Scene Capture Type | Standard |
| Gain Control | Low gain up |
| Contrast | Normal |
| Saturation | Normal |
| Sharpness | Normal |
| Subject Distance Range | Unknown |
| Serial Number | 2019007 |
| Lens Info | 14mm f/2.8 |
| Lens Model | 14.0 mm f/2.8 |
| Compression | JPEG (old-style) |
| Thumbnail Offset | 1306 |
| Thumbnail Length | 8160 |
| Current Iptc Digest | 5c103ba8e2573c7.4ea7170e56159a9fi |
| Coded Character Set | UTF8 |
| Application Record Version | 4 |
| Caption- Abstract | Bristol Motor Speedway during NASCAR Sprint Cup Food City 500 run by Bruton Smith's Speedway Motorsports Inc. on March 17, 2013 in Bristol, Tennessee - © 2013 David Oppenheimer - Performance Impressions Photography Archives - http://www.performanceimpressions.com |
| Writer- Editor | David Oppenheimer |
| Special Instructions | No use permitted without a written license from David Oppenheimer or Performance Impressions LLC |
| By-Line | David Oppenheimer |
| By-Line Title | Concert Photographer |
| Object Name | Bristol Motor Speedway during NASCAR Sprint Cup Food City 500 |
| Time Created | 15:26:23+00:00 |
| Digital Creation Date | 2013:03:17 |
| Sub-Location | Bristol Motor Speedway |
| Province- State | Tennessee |
| Country- Primary Location Name | United States of America |
| Country- Primary Location Code | USA |
| Original Transmission Reference | NASCAR, Bristol Motor Speedway, |

**KEYWORDS**

| 0 | NASCAR |
|---|---|

| 1 | | Bristol Motor Speedway |
|---|---|---|
| 2 | | Bristol |
| 3 | | Sprint Cup Food City 500 |
| 4 | | Tennessee |
| 5 | | race |
| 6 | | race cars |
| 7 | | stock cars |
| 8 | | race track |
| 9 | | racing |
| 10 | | stadium |
| 11 | | Sprint Cup |
| 12 | | Food City 500 |
| 13 | | fast |
| 14 | | Bruton Smith |
| 15 | | Speedway Motorsports |
| 16 | | speedway |
| 17 | | motorsports |
| 18 | | SMI |
| 19 | | BMS |
| 20 | | racetrack |
| Copyright Notice | | © 2013 David Oppenheimer |
| Qti Digest | | 5C1035866257307404F17G659103569T |
| Displayed Units X | | inches |
| Displayed Units Y | | inches |
| Print Style | | Centered |
| Print Position | | 0 0 |
| Print Scale | | 1 |
| Global Angle | | 30 |
| Global Altitude | | 30 |
| Copyright Flag | | 1 |
| Url | | http://www.performanceimpressions.com |

**URL LIST**

| Slices Group Name | | Bristol_Motor_Speedway_opp4093 |
|---|---|---|
| Num Slices | | 1 |
| Pixel Aspect Ratio | | 1 |
| Photoshop Thumbnail | | (Binary data 6380 bytes) |
| Has Real Merged Data | | Yes |
| Writer Name | | Adobe Photoshop |
| Reader Name | | Adobe Photoshop CS6 |
| Photoshop Quality | | 12 |
| Photoshop Format | | Standard |
| Progressive Scans | | 3 Scans |
| Xmp Toolkit | | Adobe XMP Core 5.3-c011 66.145661, 2012/02/06-14:56:27 |
| Creator Tool | | Adobe Photoshop Camera Raw 7.1 (Windows) |
| Metadata Date | | 2013:05:13 16:52:59-04:00 |
| Format | | image/jpeg |
| Country | | United States of America |
| Caption Writer | | David Oppenheimer |
| Credit | | David Oppenheimer |
| Date Created | | 2013:05:04 15:26:23.095 |
| Color Mode | | RGB |
| Ico Profile Name | | Adobe RGB (1998) |
| Headline | | Bristol Motor Speedway staing NASCAR Sprint Cup Food City 500 |
| Instructions | | No use permitted without a written license from David Oppenheimer or Performance Impressions LLC |
| Authors Position | | Concert Photographer |
| City | | Bristol |
| State | | Tennessee |
| Transmission Reference | | NASCAR, Bristol Motor Speedway, Bristol, Sprint Cup Food City 500, Tennessee, race, race cars, stock cars, race track, racing, stadium, Sprint Cup, Food City 500, fast, Bruton Smith, Speedway Motorsports, speedway, motorsports, SMI, BMS, racetrack |
| Lens | | 14.0 mm f/2.8 |
| Image Number | | 21037 |
| Approximate Focus Distance | | 4294967295 |
| Document Id | | xmp.did:70FF7D671080E2115AF4C05790D40 962 |
| Original Document Id | | C0D7C85ADE5406286E4F205DA4A3951A1 |
| Instance Id | | xmp.iid:B19B06400EBCE211A1CF92695D66E 6D4 |
| Raw File Name | | _OPP4093.JPG |
| Version | | 7.1 |
| Process Version | | 6.7 |
| Incremental Temperature | | 5 |
| Incremental Tint | | 10 |
| Luminance Smoothing | | 0 |
| Color Noise Reduction | | 0 |
| Vignette Amount | | 0 |
| Shadow Tint | | 0 |
| Red Hue | | 0 |
| Red Saturation | | 0 |
| Green Hue | | 0 |
| Green Saturation | | 0 |
| Blue Hue | | 0 |
| Blue Saturation | | 0 |
| Vibrance | | 16 |
| Hue Adjustment Red | | 0 |
| Hue Adjustment Orange | | 0 |
| Hue Adjustment Yellow | | 0 |
| Hue Adjustment Green | | 0 |
| Hue Adjustment Aqua | | 0 |
| Hue Adjustment Blue | | 0 |
| Hue Adjustment Purple | | 0 |
| Hue Adjustment Magenta | | 0 |

| | | |
|---|---|---|
| 18 | Still | |
| 19 | BMS | |
| 20 | raicotrack | |

**DOCUMENTANCESTORS**

| | | |
|---|---|---|
| 0 | xmp.did:32890406F5AFE211ACC28D57FF7D739E | |
| 1 | xmp.did:8C08FD54CBBEE2118326CD82AD9F55BC | |

**HISTORYACTION**

| | | |
|---|---|---|
| 0 | derived | |
| 1 | saved | |
| 2 | converted | |
| 3 | saved | |
| 4 | saved | |
| 5 | converted | |
| 6 | saved | |

**HISTORYPARAMETERS**

| | | |
|---|---|---|
| 0 | converted from image/jpeg to image/vnd.adobe.photoshop, saved to new location | |
| 1 | from image/vnd.adobe.photoshop to application/vnd.adobe.photoshop | |
| 2 | from application/vnd.adobe.photoshop to image/jpeg | |

**HISTORYINSTANCEID**

| | | |
|---|---|---|
| 0 | xmp.iid:70FF7D0710B9E2118AF4C36796D409G2 | |
| 1 | xmp.iid:AF98064300EBCE211A1CF92895D66E5D4 | |
| 2 | xmp.iid:B09B06430EBCE211A1CF92895D66E6D4 | |
| 3 | xmp.iid:B19B06430EBCE211A1CF92895D66E6D4 | |

**HISTORYWHEN**

| | | |
|---|---|---|
| 0 | 2013:03:12 11:14:36-04:00 | |
| 1 | 2013:05:13 16:52:23-04:00 | |
| 2 | 2013:05:13 16:52:59-04:00 | |
| 3 | 2013:05:13 16:52:59-04:00 | |

**HISTORYSOFTWAREAGENT**

| | | |
|---|---|---|
| 0 | Adobe Photoshop Camera Raw 7.1 (Windows) | |
| 1 | Adobe Photoshop CS6 (Windows) | |
| 2 | Adobe Photoshop CS6 (Windows) | |
| 3 | Adobe Photoshop CS6 (Windows) | |

**HISTORYCHANGED**

| | | |
|---|---|---|
| 0 | / | |
| 1 | / | |
| 2 | / | |
| 3 | / | |

| | | |
|---|---|---|
| Derived From Instance Id | xmp.iid:70FF7D0710B9E2118AF4C36796D409G2 | |
| Derived From Document Id | xmp.did:70FF7D0710B9E2118AF4C36796D409G2 | |
| Derived From Original Document Id | CDD7C53ADE540E285E4F2090AA3081A1 | |

**TONECURVEPV2012**

| | | |
|---|---|---|
| 0 | 0, 0 | |
| 1 | 38, 33 | |
| 2 | 98, 97 | |
| 3 | 255, 255 | |

**TONECURVEPV2012RED**

| | | |
|---|---|---|
| 0 | 0, 0 | |
| 1 | 255, 255 | |

**TONECURVEPV2012GREEN**

| | | |
|---|---|---|
| 0 | 0, 0 | |
| 1 | 255, 255 | |

**TONECURVEPV2012BLUE**

| | | |
|---|---|---|
| 0 | 0, 0 | |
| 1 | 255, 255 | |

| | | |
|---|---|---|
| Creator Address | P.O. Box 8105 | |
| Creator City | Asheville | |
| Creator Region | North Carolina | |
| Creator Postal Code | 28814 | |
| Creator Country | United States | |
| Creator Work Telephone | (828) 273-5509 | |
| Creator Work Email | dave@performancecompressions.com | |
| Creator Work Url | http://www.performancecompressions.com | |
| Usage Terms | All Rights Reserved : no use permitted without a written license from David Oppenheimer or Performance Impressions LLC | |
| Profile Cmm Type | ADBE | |
| Profile Version | 2.1.0 | |
| Profile Class | Display Device Profile | |
| Color Space Data | RGB | |
| Profile Connection Space | XYZ | |
| Profile Date Time | 1999:06:03 00:00:00 | |
| Profile File Signature | acsp | |

EXHIBIT 5



EXHIBIT 6

